UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RAMOS CIFUENTES,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-02896-FLA (CTS)<br>**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 11]** |

On January 28, 2026, pro se Petitioner Roberto Ramos Cifuentes ("Petitioner," A# 221-462-348) filed a Petition for Writ of Habeas Corpus ("Petition," Dkt. 1), challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") as a violation of his due process rights under the Fifth Amendment. Dkt. 1. It is undisputed that Petitioner received a bond hearing on April 28, 2026, at which time the Immigration Judge found Respondent met its burden to demonstrate detention is appropriate because Petitioner is a flight risk and danger to the community. Dkt. 10-1 at 13–15.

On August 14, 2026, the Magistrate Judge issued a Report and Recommendation ("Report," Dkt. 15), recommending the Petition be denied without prejudice for Petitioner's failure to exhaust his administrative remedies. Dkt. 11 at 6. Petitioner did not file an objection to the Report by September 3, 2026, as required under Local Rule 72-3.4, and specified in the Report. *See* Dkt. 11 at 6.

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), Respondent's Answer (Dkt. 7), the Report (Dkt. 11), and all relevant portions of the record. Because Petitioner did not file an objection to the Report timely, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendation of the Magistrate Judge and DENIES the Petition without prejudice.

IT IS SO ORDERED.

Dated: September 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge