JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RAMOS CIFUENTES,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-02896-FLA (CTS)<br>**JUDGMENT** |

Pursuant to the Order Accepting and Adopting Report and Recommendation of United States Magistrate Judge, the court DENIES Petitioner Roberto Ramos Cifuentes' ("Petitioner," A# 221-462-348) Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Respondent's favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge